Application **GRANTED in part** and **DENIED in part**. The initial pretrial conference set for December 2, 2025, is **ADJOURNED** to **3:30 pm on January 13, 2026**.  The joint pre-conference filing described at Dkt. No. 8 is due by **January 6, 2026**.

The request for leave to serve Defendant by email is **DENIED** without prejudice. The deadline to effect service remains **December 29, 2025**. By **December 29, 2025**, Plaintiff shall either (1) file proof of service, or (2) file a letter explaining in detail the steps taken to serve Defendant and the legal and factual basis for any renewed request for alternative service.

The Clerk of Court is respectfully requested to close the motion at Dkt. No. 13.

Dated: November 26, 2025
       New York, New York

**one llp**

intellectual property & entertainment law

23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
949.502.2870  Tel
949.258.5081  Fax
www.OneLLP.com

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   *BackGrid USA, Inc. v. Diamond 2000 International Corp. d/b/a Samer Halimeh New York, Civil Action No. 1:25-cv-08102-LGS*

Dear Judge Schofield:

We represent BackGrid USA, Inc. ("Plaintiff") in the above-referenced litigation. Pursuant to the Court's Order dated October 2, 2025 [Dkt. 8], Plaintiff respectfully requests a continuance of the Initial Conference currently scheduled for December 2, 2025 at 3:30 PM. Despite diligent efforts, Plaintiff has been unable to serve Defendant Diamond 2000 International Corp. d/b/a Samer Halimeh New York ("Defendant").

Plaintiff attempted to personally serve Defendant on October 6 and 18, 2025.

In addition, Plaintiff has asked Defendant's counsel at least three times in writing whether he would be willing to accept service. We requested that he accept service on October 1, 2025, October 6, 2025, and November 25, 2025. Defendant's counsel is aware of this matter because the parties have engaged in settlement discussions through counsel.  On November 25, BackGrid requested that Defendant accept service. Defendant responded that he was not authorized to accept service.  Plaintiff requests that the Court permit service by email as defendant is well aware of this dispute.

Plaintiff intends to make additional attempts to effect service prior to the Initial Conference. Since the deadline to serve Defendant is December 29, 2025, Plaintiff respectfully requests that the Initial Conference be adjourned to a date after that deadline. Thank you for the consideration of this request.

Sincerely,

/s/ Joanna Ardalan

Joanna Ardalan
Attorney for Plaintiff