**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>DIAMOND 2000 INTERNATIONAL CORP., a New York corporation d/b/a SAMER HALIMEH NEW YORK; and DOES 1 through 20,<br><br>                    Defendants. | Case No. 1:25-cv-8102-LGS |

## NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule 1.4 of the United States District Court for the Southern and Eastern Districts of New York, I, Leo M. Lichtman, formerly Of Counsel to the law firm One LLP, hereby move to withdraw as counsel for Plaintiff BackGrid USA ("Plaintiff") in the above-captioned action. The reason for this request is that I am no longer associated with One LLP. Joanna Ardalan, partner at One LLP is, and continues to serve, as principal counsel of record for Plaintiff, and will remain in the case. I furthermore confirm pursuant to Local Rule 1.4 that I am not asserting or retaining a charging lien. I hereby request that my name and email address be removed from the case's official docket.

                        Respectfully submitted,

Dated: February 10, 2026

**COWAN, DEBAETS, ABRAHAMS &**
**SHEPPARD LLP**
/s/ Leo M. Lichtman
Leo M. Lichtman
60 Broad Street, 30th Floor
New York, NY  10004
Tel.: (212) 974-7474
Fax.: (212) 974-8474
llichtman@cdas.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Leo M. Lichtman, hereby certify that on February 10, 2026, I caused the following document to be served on all counsel of record via CM/ECF. I furthermore certify that I served a copy of this motion to Backgrid USA, Inc. on February 10, 2026 via email to Joanna Ardalan, who represented in writing that she would accept service on its behalf.

<u>/s/ Leo M. Lichtman</u>