UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
BACKGRID USA, INC.,                    :
                          Plaintiff,   :
                                       :        25 Civ. 8102 (LGS)
              -against-                :
                                       :            **ORDER**
DIAMOND 2000 INTERNATIONAL             :
CORP. et al.,                          :
                          Defendants.  :
                                       :
-------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 23, 2026, adjourned the deadline for the parties' pre-conference filings, as described at Dkt. No. 8, to March 3, 2026.

WHEREAS, no such filings were made on the docket by March 3, 2026.  It is hereby

**ORDERED** that the initial pretrial conference is **ADJOURNED** to **March 17, 2026, at 3:30 p.m.**  The conference will be held telephonically.  The hearing can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.  It is further

**ORDERED** that the parties shall file the pre-conference filings described at Dkt. No. 8 by **March 10, 2026**.

Dated: March 5, 2025
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**