UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                        :
  BACKGRID USA, INC.,                                   :
                                Plaintiff,     :        25 Civ. 8102 (LGS)
                     -against-                          :
                                                        :        **ORDER**
  DIAMOND 2000                                          :
  INTERNATIONAL CORP., et al.,                          :
                                Defendants.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 28, 2026, the Court held a conference regarding Plaintiff's

proposed motion to dismiss Defendant Diamond 2000 International Corp.'s counterclaim for

copyright infringement.

WHEREAS, Defendant stated at the conference that it has not yet filed a copyright

registration application for its jewelry design(s).  As discussed during the conference, it is hereby

**ORDERED** that by **May 7, 2026**, the parties shall meet and confer and file a letter

(1) informing the Court of the status of Defendant's copyright registration application and

(2) proposing next steps with respect to Defendant's counterclaim.  Any disagreements between

the parties shall be set forth in the letter.  It is further

**ORDERED** that, as soon as practicable after Defendant files its copyright registration

application, Defendant will provide Plaintiff with a copy of the deposit(s) submitted with the

application.

Dated: April 28, 2026
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE