UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                   :
BACKGRID USA, INC.,                                :
                              Plaintiff,           :          25 Civ. 8102 (LGS)
              -against-                            :
                                                   :                **ORDER**
DIAMOND 2000                                       :
INTERNATIONAL CORP., et al.,                       :
                              Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Civil Case Management Plan and Scheduling Order dated March 11,

2026 (Dkt. No. 38) required the parties to file a joint status letter, as outlined in Individual Rule

III.D.3, by May 8, 2026.

      WHEREAS, the parties failed to file the letter.  It is hereby

      **ORDERED** that the parties shall submit the joint status letter as soon as possible and no

later than **May 14, 2026**.

Dated:  May 11, 2026
       New York, New York

_____
      **LORNA G. SCHOFIELD**
      **UNITED STATES DISTRICT JUDGE**