UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BACKGRID USA, INC.,
Plaintiff,

-against-

DIAMOND 2000 INTERNATIONAL CORP., et al.,
Defendants.

------------------------------------------------------------X

25 Civ. 8102 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 2, 2026, Defendant Diamond 2000 International Corp. ("Defendant") filed (1) a copyright infringement counterclaim against Plaintiff and (2) various third-party claims against D'Orazio & Associates, Inc. and Ginnina D'Orazio (together, the "Third-Party Defendants").

WHEREAS, on March 11, 2026, the Civil Case Management Plan and Scheduling Order set the fact discovery deadline as July 8, 2026, and the expert discovery deadline as August 21, 2026.

WHEREAS, on March 27, 2026, Third-Party Defendants waived service, making their response to the third-party claims due May 26, 2026.

WHEREAS, on May 8, 2026, Defendant's copyright infringement counterclaim against Plaintiff was dismissed without prejudice because Defendant had not yet obtained the necessary copyright registrations.

WHEREAS, on May 13, 2026, the parties submitted a joint letter on the status of discovery. The letter stated that the parties intended to serve discovery demands by May 29, 2026, and that they were waiting for Third-Party Defendants to appear in the case.

WHEREAS, on July 22, 2026, after the fact discovery deadline had expired on July 8, 2026, the parties jointly submitted (1) a letter on the status of discovery and (2) a request to extend the fact discovery deadline to September 18, 2026, and the expert discovery deadline to October 23, 2026. The parties stated that "[a]t Third-Party Defendants' request, Defendant consented to an extension of their deadline to answer Defendant's claims until August 10, 2026." Third-Party Defendants have not yet appeared in this case. The parties further stated that Plaintiff has served discovery demands and that Defendant is preparing its responses. It is hereby

**ORDERED** that by **July 30, 2026**, the parties shall submit a joint status letter detailing all discovery conducted to date, including (1) the dates of discovery requests and responses, (2) the number of documents exchanged and (3) any depositions that have been scheduled or are anticipated, including the deponents' names and titles. The letter shall also provide an update on the status of Defendant's copyright registrations associated with its counterclaim. It is further

**ORDERED** that Third-Party Defendants shall, as soon as practicable, enter an appearance on the docket. By **July 27, 2026**, Defendant shall serve a copy of this Order on Third-Party Defendants by email and mail and shall promptly file documentary proof of service on the docket (e.g., FedEx delivery confirmation). The agreed-upon extension of Third-Party Defendants' response deadline is ineffective without Court approval. It is further

**ORDERED** that a conference to discuss the status of discovery will be held on **August 4, 2026, at 3:30 pm**. The conference will be held at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106. Counsel for Third-Party Defendants shall also attend the conference.

Dated: July 23, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**