UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

BACKGRID USA, INC.,

Plaintiff,

-against-

DIAMOND 2000 INTERNATIONAL CORP., et al.,

Defendants.

-------------------------------------------------------------X

25 Civ. 8102 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties attended a mediation conference on September 4, 2026. It is hereby

**ORDERED** that by **September 15, 2026**, the parties shall file a joint status letter regarding the mediation.

Dated: September 8, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE