UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

BACKGRID USA, INC.,
Plaintiff,
-against-

DIAMOND 2000
INTERNATIONAL CORP., et al.,
Defendants.

------------------------------------------------------------X

25 Civ. 8102 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 5, 2026, directed Third-Party Defendants to respond to the Third-Party Complaint by September 11, 2026.

WHEREAS, Third-Party Defendants did not file a response or seek an extension.

WHEREAS, on September 15, 2026, Third-Party Defendants filed a Stipulated and (Proposed) Protective Order. It is hereby

**ORDERED** that by **September 18, 2026**, Third-Party Defendants shall file a letter addressing the status of their response to the Third-Party Complaint and explaining their failure to comply with the Court-ordered deadline or seek an extension. It is further

**ORDERED** that consideration of the Stipulated and (Proposed) Protective Order is deferred pending that submission.

Dated: September 15, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE