UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BACKGRID USA, INC., Plaintiff, -against- DIAMOND 2000 INTERNATIONAL CORP. et al., Defendants. | : | 25 Civ. 8102 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant Diamond 2000 International Corp. made an offer of judgment to Plaintiff Backgrid USA, Inc. under Federal Rule of Civil Procedure ("Rule") 68 and filed a copy of the offer on the docket, along with a letter to the Court regarding the reasonableness of the offer. Plaintiff has not accepted the offer.

WHEREAS, Rule 68 does not contemplate filing on the docket an offer of judgment before it is accepted. *See* Fed. R. Civ. P. 68(a) ("If, within 14 days after being served, the opposing party serves written notice accepting the offer, either party *may then* file the offer and notice of acceptance, plus proof of service." (emphasis added)). Nor does Rule 68 provide for judicial consideration of the reasonableness of an unaccepted offer. *See, e.g.*, *Michael Grecco Prods., Inc. v. Jukely, Inc.*, No. 18 Civ. 605, 2019 WL 1284256, at *2 (E.D.N.Y. Mar. 20, 2019) (striking unaccepted offer of judgment and noting that "[t]he defendant should not file the offer with the court, but if that is done by mistake the remedy is to strike the offer from the court's file" (citation omitted)). It is hereby

**ORDERED** that the submission at Dkt. No. 75 is **STRICKEN**.

The Clerk of Court is respectfully directed to strike Dkt. No. 75 in its entirety.

Dated: November 13, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE